PROB 12C
(7/93)

Report Date: December 4, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 04 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Trevor Jay McLaughlin        Case Number: 0980 2:11CR00192-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 5, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: October 24, 2013 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: October 23, 2016 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On November 12 and 26, 2013, Trevor McLaughlin submitted urine specimens that revealed positive findings for methamphetamine. Additionally, he signed an admission of drug use form stating that on November 12, and 26, 2013, he consumed methamphetamine. |
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On November 25, 2013, Trevor McLaughlin was directed by the undersigned officer to report to the probation office on December 2, 2013, at 10 a.m. To date, Mr. McLaughlin has failed to report to the probation office as directed. |

3      **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

        **Supporting Evidence**: On November 26, 2013, an attempt was made to contact Mr. McLaughlin at his reported address. Contact was made with his girlfriend, who advised he had not stayed there for a day and his whereabouts were unknown. On December 3, 2013, the undersigned officer again attempted to personally contact Mr. McLaughlin at his last reported address. Contact with his girlfriend at that location revealed he had not stayed at that location since December 1, 2013, and his whereabouts were unknown. To date, Trevor McLaughlin has failed to report a change in residence to the probation office.

4      **Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

        **Supporting Evidence**: Trevor McLaughlin has failed to provide his current address to the probation office. Subsequently, he is prohibiting the undersigned officer from conducting home contacts with the offender as required.

5      **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

        **Supporting Evidence**: Trevor McLaughlin failed to attend substance abuse counseling at ADEPT on November 19, 20, 21, 2013, and December 3, 2013. Further, on November 27, 2013, he was asked to leave substance abuse counseling after falling asleep during the session.

6      **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Trevor McLaughlin failed to report for urinalysis testing as directed on December 2, 2013.

Prob12C
Re: McLaughlin, Trevor Jay
December 4, 2013
Page 3

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: s/Richard Law

12/04/2013

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/4/13

Date