PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Trevor Jay McLaughlin | Case Number: 0980 2:11CR00192-001 |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge | |
| Date of Original Sentence: September 5, 2012 | Type of Supervision: Supervised Release |
| Original Offense: Felon in Possession of a Firearm and Ammunition , 18 U.S.C. § 922(g)(1) | Date Supervision Commenced: May 9, 2014 |
| Original Sentence: Prison - 21 M; TSR - 36 M | Date Supervision Expires: November 8, 2016 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

On June 14, 2014, Trevor McLaughlin successfully completed a 30-day inpatient substance abuse treatment program. Upon his completion of treatment, he returned to the same environment that supports drug use. On June 16, 2014, Mr. McLaughlin consumed methamphetamine. Mr. McLaughlin understands he is not able to stay where he is currently residing due to ongoing drug availability.

Prob 12B
**Re: McLaughlin, Trevor Jay**
**June 18, 2014**
**Page 2**

Subsequently he has signed the attached waiver of hearing to modify conditions for placement at a Residential Reentry Center.

|  |  |
|---|---|
|  | Respectfully submitted, |
| by | s/Richard Law |
|  | Richard Law<br>U.S. Probation Officer<br>Date:  June 18, 2014 |

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

6/18/2014

Date