# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Trevor Jay McLaughlin          Case Number: 0980 2:11CR00192-RMP-1

Address of Offender: ███████████████████████

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: September 5, 2012

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition , 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison 21 months;        Type of Supervision: Supervised Release <br> TSR - 36 months |
| Asst. U.S. Attorney: | Tyler Tornabene        Date Supervision Commenced: May 9, 2014 |
| Defense Attorney: | Federal Defender's Office        Date Supervision Expires: November 8, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: Trevor McLaughlin submitted a urinalysis test on June 17 and 19, 2014, which yielded positive findings for methamphetamine.  Additionally, he admitted to consuming methamphetamine on or before June 17 and 19, 2014. |
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: Trevor McLaughlin was directed to report to the U.S. Probation Office on June 25, 2014, at 9 a.m.  Mr. McLaughlin failed to report on June 25, 2014 as directed, and his current whereabouts are unknown. |
| 3 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |

**Supporting Evidence**: On June 26, 2014, the undersigned officer attempted to locate Mr. McLaughlin at his last reported address. Contact with an occupant at that location revealed Mr. McLaughlin did not reside there, and had not resided there since he was last released from custody over 1 month ago.

4        **Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

**Supporting Evidence**: By failing to report his current residence, Mr. McLaughlin is prohibiting the probation officer from contacting him at his home.

5        **Special Condition # 18**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

**Supporting Evidence**: Mr. McLaughlin was scheduled to enter the Port of Hope Residential Reentry Center (RRC) on June 25, 2014. After the offender failed to report to the probation office on the same date, multiple phone messages were left for Mr. McLaughlin directing him to report to the Port of Hope RRC. However, he failed to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:        06/27/2014

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[  ]     No Action
[ X ]    The Issuance of a Warrant
[  ]     The Issuance of a Summons
[  ]     Other

Signature of Judicial Officer

6/27/14

Date