PROB 12C
(7/93)

Report Date: September 16, 2014

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2014

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Trevor Jay McLaughlin                Case Number: 0980 2:11CR00192-RMP-1

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: September 5, 2012

Original Offense:        Felon in Possession of a Firearm and Ammunition , 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison 21 months;                Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Tyler Tornabene                  Date Supervision Commenced: May 9, 2014

Defense Attorney:        Federal Defenders Office         Date Supervision Expires: November 8, 2016

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/27/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number       Nature of Noncompliance

6                      **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                       **Supporting Evidence**: On September 14, 2014, Trevor McLaughlin eluded police. Specifically, he fled from a traffic stop in the City of Spokane through a residential neighborhood, crashing into the front yard of a residence, causing damage to an Avista and Comcast service box. He continued to run from police until he was apprehended in the backyard of a private residence.

7                      **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.

                       **Supporting Evidence**: Spokane police officers secured a search warrant for the vehicle Mr. McLaughlin was driving following his arrest for the above-referenced matter.  Inside the vehicle, they located a quart-size Ziploc bag, approximately 3/4 full of marijuana.

Prob12C
Re: McLaughlin, Trevor Jay
September 16, 2014
Page 2

8    **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

**Supporting Evidence**: When police executed a search of the vehicle that Trevor McLaughlin was driving on September 14, 2014, they located two handgun magazines in the glove box, and a 9 mm round in the center console.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/16/2014

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/16/2014

Date